UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| MARK L. STARCHER, as Executor of the Estate of HAROLD E. STARCHER, and ANN R. STARCHER, as Executrix of the Estate of VIRGINIA J. STARCHER,<br><br>Plaintiffs,<br><br>vs.<br><br>BOB EVANS FARMS, LLC, an Ohio Corporation,<br><br>Defendant. | Case No. \_\_\_\_2:14-cv-29409\_\_\_\_<br><br>State Civil Action No. 14-C-105<br>(Circuit Court of Jackson County, WV) |

## NOTICE OF REMOVAL

Comes the Defendant, Bob Evans Farms, LLC, by counsel, and pursuant to 28 USC § 1441(a), files its Notice of Removal of this case from the Circuit Court of Jackson County, West Virginia (Civil Action No. 14-C-105), to the United States District Court for the Southern District of West Virginia, Charleston Division. In support of its Notice, and pursuant to 28 USC § 1446, Defendant states as follows:

1. This Court is vested with original jurisdiction of this matter under 28 USC § 1332, "diversity of citizenship." Plaintiffs' decedents were each citizens and residents of Ripley, Jackson County, West Virginia. Pursuant to 28 USC § 1332(c)(2), each plaintiff is a citizen of State of West Virginia.

2. Defendant Bob Evans Farms, LLC is an Ohio limited liability company headquartered at 8111 Smith's Mill Road, New Albany, Ohio 43054, with a principal place of business in Ohio. The sole member of the defendant is Bob Evans Farms, Inc., a Delaware corporation with its principal place of business in Ohio.

{C3001846.1}

3. Accordingly, this is an action between citizens of different states. Plaintiffs have claimed over $250,000 in medical expenses from Defendant, therefore the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs.

4. Accordingly, because Plaintiffs' citizenship is diverse from Defendant's citizenship, and the jurisdictional amount in controversy having been met, this Court has jurisdiction over this matter. *See* 28 USC §§ 1332 and 1441.

5. This Notice of Removal is filed within thirty (30) days of the Defendant learning of the existence of this civil action. Defendant first learned of the existence of this case on November 6, 2014. At the time of this removal, a summons and complaint in the case have not been served on the Defendant.

6. In compliance with 28 USC § 1446(a), Defendant attaches herewith a copy of all process, pleadings, and orders which are known to it as existing in the case, consisting of:

    A.    Amended Civil Case Information Statement;

    B.    Complaint; and

    C.    A Summons for Bob Evans Farms, LLC.

These documents were obtained from the state court's electronic docket system, as no documents have actually been served on the Defendant at this time. No other process, pleadings, or orders in this matter have been received by, or are known to, the Defendant or its attorneys.

{C3001846.1}

7. Pursuant to 28 USC § 1446(d), Defendant is contemporaneously serving a copy of this Notice upon all adverse parties and the Clerk of the Circuit Court of Jackson County, West Virginia, with instructions to proceed no further unless and until this case is remanded.

8. Defendant reserves the right to amend or supplement this Notice of Removal.

9. Defendant requests trial by jury of all issues.

WHEREFORE, notice is hereby given that this action is removed from the Circuit Court of Jackson County, West Virginia to the United States District Court for the Southern District of West Virginia.

>BOB EVANS FARMS, LLC
>By counsel
>
>*[signature]*
>
>Michael B. Victorson (WVSB# 3868)
>JACKSON KELLY PLLC
>P.O. Box 553
>Charleston, WV 25322-0553
>(304) 340-1079 (Telephone)
>(304) 340-1051 (Facsimile)
>
>David A. Donna, Esquire
>DONNA LAW FIRM, P.C.
>7601 France Avenue South, Suite 350
>Minneapolis, MN 55435
>(952) 562-2460 (Telephone)
>(952) 562-2461 (Facsimile)
>
>*Counsel for Defendant*
>*Bob Evans Farms, LLC*

{C3001846.1}

## CERTIFICATE OF SERVICE

I, Michael B. Victorson, hereby certify that a true and accurate copy of the Notice of Removal was served this 4th day of December 2014, via regular U.S. Mail, postage prepaid, upon the following:

>Guy R. Bucci, Esq.
>BUCCI, BAILEY & JAVINS, L.C.
>P.O. Box 3712
>Charleston, WV 25337
>
>Attorney for Plaintiff

_____
Michael B. Victorson (WVSB# 3868)

{C3001846.1}