IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

MARK L. STARCHER, as Executor of the
Estate of HAROLD E. STARCHER, and
ANN R. STARCHER, as Executrix of the
Estate of VIRGIIA J. STARCHER,

    Plaintiffs,

v.                                               CIVIL ACTION NO. 2:14-cv-29409
                                                         (Judge Johnston)
BOB EVANS FARMS, LLC,
an Ohio corporation,

    Defendant.

## SETTLEMENT AGREEMENT

On May 18, 2016, the referenced matter was successfully mediated. The terms of the settlement agreement are as follows:

1. Defendant shall pay to Plaintiffs the total sum of $40,000.00 for any and all claims that have been asserted or could have been asserted, either directly or indirectly, in the referenced matter including any claim for attorneys' fees and expenses;

2. Each party shall be responsible for payment of one-half of the Mediator's fee;

3. There shall be no admission of liability by Defendant;

4. The parties agree that the terms of the settlement shall be confidential and shall not be disclosed except as necessary to comply with any federal, state or local laws or in connection with any court order. Confidentiality is extremely important to Defendant and this provision of the agreement will be strictly enforced;

Page 1 of 2



EXHIBIT A

5. The parties shall execute a more complete and appropriate settlement agreement and release in connection with the agreed upon settlement;

6. An appropriate dismissal order shall be prepared and presented to the Court dismissing all claims, with prejudice, in the referenced action.

_____
Guy R. Bucci, Esq.
*Counsel for Plaintiffs*

_____
Mark L. Starcher, as Executor of the
Estate of Harold E. Starcher

_____
Ann R. Starcher, as Executrix of the
Estate of Virginia J. Starcher

_____
John R. MacCorkle, Esq.
*Counsel for Defendant*

_____
Robert B. Allen, Esq.
*Mediator*