IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MARK L. STARCHER, et al.,

          Plaintiffs,

v.                                   CIVIL ACTION NO.   2:14-cv-29409

BOB EVANS FARMS, LLC

          Defendant.

**ORDER**

Before the Court is the parties' proposed Order Approving Wrongful Death Settlement and Distribution, and Dismissing Action with Prejudice.  (ECF No. 71.)   In response to the Court's Order of September 8, 2016, (ECF No. 72), the parties filed a disclosure on September 23, 2016, providing the Court with the requested information.  (ECF No. 73.)

Based on the proposed settlement agreement, (ECF No. 73-1), and other disclosures, (ECF Nos. 73-2, 73-3), the Court approves the parties' settlement.[1]   Accordingly, the above-styled action is hereby **DISMISSED** with prejudice.

    **IT IS SO ORDERED**.

---

[1] The Court need not and does not pass upon the specific language of the parties' release.

The Court **DIRECTS** the Clerk to remove this matter from the Court's docket and to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:      November 3, 2016

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE